```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY


PAUL A. COURTEAU,              :
                               :    HONORABLE JOSEPH E. IRENAS
         Plaintiff,            :
                               :    CIVIL ACTION NO. 02-0659 (JEI)
     v.                        :
                               :            ORDER
UNITED STATES OF AMERICA,      :
                               :
         Defendant.            :
```

**APPEARANCES:**

HOWARD A. MILLER, Esq.
200 Main Street
New Milford, NJ 07646
    Counsel for Plaintiff

CHRISTOPHER CHRISTIE, UNITED STATES ATTORNEY
By: Caroline A. Sadlowski, Esq.
970 BROAD STREET
Room 700
Newark, NJ 07102
    Counsel for Defendant

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon the Motion for Summary Judgment of Defendant, the United States of America, the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 14th day of May, 2007,

1

**ORDERED THAT:**

    1.   Defendant's Motion for Summary Judgment (Docket No. 23) is hereby **GRANTED**.

    2.   The Clerk of Court is hereby directed to **CLOSE** this case.

s/ *Joseph E. Irenas*
JOSEPH E. IRENAS, S.U.S.D.J.